EVEREST GENERAL CONTRACTORS, Appellant, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [951 NYS2d 671]—

Plaintiff failed to provide timely written notice of its intention to make a claim for damages arising out of defendant's delay, a condition precedent to commencing an action pursuant to section 23 of the parties' contract (*see A.H.A. Gen. Constr. v New York City Hous. Auth.*, 92 NY2d 20, 30-31 [1998]; *4-A Gen. Contr. Corp. v New York City Hous. Auth.*, 28 AD3d 261 [1st Dept 2006]). Plaintiff's July 26, 2004 letter which was allegedly

sent to defendant, does not satisfy the requirement of written notice. The letter was not designated as a notice of claim, gave no indication of an intent to make a claim, and was sent long before the March 2006 accrual of plaintiff's claim rather than within 20 days of the date the claim arose (*see Bat-Jac Contr. v New York City Hous. Auth.*, 1 AD3d 128 [1st Dept 2003]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Mazzarelli, Catterson, Renwick and DeGrasse, JJ.